# *Michael Faillace & Associates, P.C.*

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Jean Thermidor                                                                                               April 26, 2020

|  |  |
|---|---|
| File #: | AlterationNY |
| **Attention:** Inv #: | Sample |

**RE:**   Thermidor et al v. Alteration Group of NY, LLC et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---:|---:|---:|
| Feb-01-19 | discussed facts of case with paralegal and directed her to have client speak to attorney; discussed issues in the case with attorney; interviewed new client and got the facts for the complaint | 1.50 | 675.00 | MF |
| May-08-19 | reviewed facts of case withg paralegal ; contacted client and requested further clarification of the facts in his complaint | 0.40 | 180.00 | MF |
| May-10-19 | finalized the draft of the complaint, drafted civil cover sheet and summonses, and filed complaint on ecf | 1.00 | 100.00 | PL |
| Sep-17-19 | Review Court Order regarding Defendants lack of appearance | 0.10 | 45.00 | MF |
|  | Mailed Court Order to Defendants | 0.20 | 20.00 | PL |
| Sep-18-19 | review court order and status of defendants representation; email defendant attorney re appearing and answering | 0.20 | 80.00 | JA |
| Sep-20-19 | Reviewed Defendant's Answer to the Complaint | 0.20 | 90.00 | MF |
| Oct-02-19 | review state court class action allegations and court papers | 0.50 | 200.00 | JA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-10-19 | draft and file letter to adjourn conference | 0.10 | 40.00 | JA |
| Oct-11-19 | Reviewed Court Order granting motion to adjourn initial conference and updated the calendar with new dates | 0.10 | 45.00 | MF |
| Oct-18-19 | draft case management plan, email defendant attorney | 0.50 | 200.00 | JA |
| Oct-24-19 | prepare for and attend initial conference | 1.50 | 600.00 | JA |
| Oct-25-19 | Reviewed civil case management plan and scheduling order approved by the court and updated the calendar with the appropriate dates | 0.20 | 90.00 | MF |
| Nov-01-19 | call with D attorney and call with Judge Freeman chambers to schedule telephone conf | 0.20 | 80.00 | JA |
| Nov-05-19 | review case documents and correspondence | 0.10 | 40.00 | JA |
|  | call with D atttorney and Judge Freeman | 0.30 | 135.00 | JA |
| Nov-21-19 | review documents from defendants; meet with client to discuss claims, defendant produced documents | 1.70 | 680.00 | JA |
| Nov-22-19 | call with D attorney S Salmon; call with S Salmon and Judge Freeman | 0.30 | 120.00 | JA |
| Jan-03-20 | meet with J Thermidor review settlement offer | 0.30 | 120.00 | JA |
|  | Reviewed questions and translated for Plaintiff the interrogatory and document requests | 1.50 | 150.00 | PL |
| Jan-10-20 | draft and file status report | 0.30 | 120.00 | JA |
| Jan-17-20 | draft and serve initial disclosures | 0.10 | 40.00 | JA |
| Jan-29-20 | review case materials, call with S Salmon re discovery, email S Salmon re discovery and potential deposition dates | 0.40 | 160.00 | JA |
| Feb-03-20 | email D attorney re discovery; draft discovery responses | 0.60 | 240.00 | JA |
| Feb-06-20 | draft discovery responses, email re deposition dates | 0.30 | 120.00 | JA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-10-20 | discuss case status with M Faillace | 0.10 | 40.00 | JA |
| | draft status letter to Judge Freeman and letter request to Judge Oetken for discovery extension | 0.30 | 120.00 | JA |
| | discussed with JA fact that case is in discvery and we need to get a settlement conference and that the depositions may resolve issues that the client is raising | 0.10 | 45.00 | MF |
| Feb-14-20 | call with D attorney and Judge Freeman; call with client re settlement | 0.40 | 180.00 | JA |
| Feb-17-20 | draft mediation statement | 0.20 | 80.00 | JA |
| | draft finalize and serve discovery responses | 1.20 | 540.00 | JA |
| Feb-25-20 | finalize and submit settlement conference letter | 0.60 | 240.00 | JA |
| Feb-26-20 | prepare for settlement conference - review documents, legal research, prepare alternative calculations | 1.10 | 440.00 | JA |
| Feb-27-20 | prepare for and particiapte in settlement conference | 5.00 | 2,000.00 | JA |
| Mar-06-20 | Reviewed Court Order regarding settlement approval requirments from the court and updated calendar with deadline | 0.20 | 90.00 | MF |
| Apr-06-20 | draft settlement agreement; draft and file letter for extension to file settle | 0.70 | 280.00 | JA |
| Apr-14-20 | edit agreement and send to defendant attorney | 0.10 | 40.00 | JA |
| Apr-23-20 | discussed with Plaintiff the finalized terms of the settlement agreement and emailed to him for signature | 0.20 | 20.00 | PL |
| Apr-24-20 | draft fairness letter and finalize settlement papers | 0.80 | 320.00 | JA |
| | Totals | 23.60 | $8,805.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Jul-30-19 | Process Server : Service on Alteration Group of NY, LLC | 68.00 |
| | Process Server : Service on Sona Babooram | 69.80 |
| | Process Server : Service on Eileen Nunez | 69.80 |
| | Process Server : Service on Jeremy Miller | 69.80 |
| | Process Server : Service on David Miller | 208.80 |
| | Totals | $486.20 |

**Total Fee & Disbursements** $9,291.20

**Balance Now Due** $9,291.20