# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

June 22, 2020

**VIA ECF**

Magistrate Judge Debra Freeman
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Thermidor et al v. Alteration Group of NY, LLC
      Case No. 1:19-cv-04572-DCF

Your Honor:

      We represent Plaintiff in the above-referenced action. I write jointly with Defendants to advise that the parties do want the Court to retain jurisdiction over the action for purposes of enforcing the settlement.

      We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

Cc:   Scott Salmon, Esq. (via ECF)