UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN M. THERMIDOR, individually and on behalf of others similarly situated,

                        Plaintiff,

-against-

ALTERATION GROUP OF NY, LLC (d/b/a ALTERATION SPECIALISTS OF NEW YORK), *et al.*,

                        Defendants.

19cv04572 (DF)

**ORDER OF DISMISSAL**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before the Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The parties have also submitted a letter to the Court, explaining why they believe the proposed settlement agreement is fair, reasonable, and adequate (Dkt. 39), and have further submitted a supplemental letter, clarifying that they are requesting that the Court retain jurisdiction over the action for the purpose of enforcing the settlement agreement (Dkt. 42). The Court has reviewed the parties' submissions in order to determine whether the proposed agreement (Dkt. 39-1) represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in the parties' letters, the terms of the proposed settlement agreement, and this Court's own familiarity with the strengths and weaknesses of the parties' positions (as became evident during an arms-length settlement mediation conducted by this Court), it is hereby ORDERED that:

1.     The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel for their legal fees, and the agreement is therefore approved.

2.     As the parties have requested that the Court retain jurisdiction for the purpose of enforcing the parties' settlement agreement, this Court will retain jurisdiction over this action for that purpose.

3.     As a result of the Court's approval of the parties' executed settlement agreement, this action is hereby discontinued with prejudice and without costs or fees to any party.  The Clerk of Court is directed to close this case on the Docket of the Court.

Dated: New York, New York
       July 24, 2020

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

All counsel (via ECF)